IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL DANIELS, #303766, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:18-CV-179-WKW |
| | ) | [WO] |
| GELET FRAZIER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On April 19, 2018, the Magistrate Judge filed a Recommendation (Doc. # 7) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 7) is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to provide a current address as ordered by the court.

A final judgment will be entered separately.

DONE this 14th day of May, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE